IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

Dated: November 10, 2009



# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROADSUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24968 / 73183081

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-06390-RJH |
| Thomas Kiedrowski, Jr.<br>       Debtor. | Chapter 13 |
| BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. | EXPARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER |
|        Movant, | |
|    vs. | |
| Thomas Kiedrowski, Jr., Debtor; Edward J. Maney, Trustee. | |
|        Respondents. | |

Pursuant to the Order entered on February 25, 2009, attached hereto as Exhibit "A", and by this reference incorporated herein, the above-referenced Debtor; were obligated to make specified payments which they have failed to make.

The Debtor have failed to comply thereby necessitating a written Notice of Default. Attached hereto as Exhibit "B" is a copy of the Notice of Default.

Based on the failure to cure the contractual agreement of the parties, the prior court order and good cause appearing:

IT IS HEREBY ORDERED that the Automatic Stay is the above-entitle Bankruptcy case is immediately extinguished for all purposes as to Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. may exercise whatever state law or contractual rights it may have regarding the property generallydescribed as: 209 South Noble Mesa, AZ 85208 ("Property" herein) and legally described as:

Lot 2, SINGLE BUTTE RANCH UNIT 1, according to Book 432 of Maps, page 48, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that all conditions of the adequate protection order regarding conversions are binding and are hereby affirmed in this Order as well.

DATED this _____ day of _____, 2009.

_____

UNITED STAATES BANKRUPTCY JUDGE